**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AIRWAY INDUSTRIES, INC., | ) | Case No. 06-20224 JKF |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Related to Document No. 820 |
| | ) | |

## CERTIFICATE OF SERVICE

I, George Angelich, certify that I am not less than eighteen years of age, and further certify that on February 11, 2010, I caused true and correct copies of the Motion for an Order to Abandon and Destroy Documents and Records and related Proposed Order [Docket No. 820] to be served upon the parties on the attached Service List via U.S. first class mail:

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: New York, New York
February 12, 2010

ARENT FOX LLP
Attorneys for the Airway Industries, Inc. Creditor Trust

By:  */s/ George P. Angelich*
George P. Angelich (PA I.D.: 86623)
1675 Broadway
New York, NY 10019
(212) 484-3900

**Service List**

**Debtor**

Airway Industries, Inc.
10th Street & Factory Avenue
Ellwood City, PA 16117

**Debtor's Counsel**

Joel M. Walker, Esq.
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA 15219

**U.S. Trustee**

Norma L. Hildenbrand, Esq.
Office of the United States Trustee
Suite 960 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

**Notices of Appearance**

James F. Grenen, Esq.
Grenen & Birsic, PC
One Gateway Center - Ninth Floor
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222
*Attorneys for National City Bank of Pennsylvania*

Joel M. Helmrich, Esq.
Meyer Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222-2304
*Attorneys for TravelPro International*

Lawrence C. Gottlieb, Esq.
Adam C. Rogoff, Esq.
Kronish Lieb Weiner & Hellman LLP
The Grace Building, 1114 Avenue of the Americas
New York, New York 10036-7798
*Attorneys for Travelpro International*

Edward J. Laubach, Jr., Esq.
IRS-Chief Counsel
1001 Liberty Center, Suite 601C
Pittsburgh, PA 15222
*Attorneys for the IRS*

Brian A. Lawton, Esq.
Metz Lewis LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
*Attorneys for Cerberus and Madeleine, Inc.*

Lawrence V. Gelber, Esq.
Howard Godnick, Esq.
Joanna Goldenstein, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Cerberus and Madeleine, Inc.*

Deborah Candace Phillips, Esq.
914 Penn Avenue, 6th Floor
Pittsburgh, PA 15222
*Attorneys for Commonwealth of PA Dept of Labor & Industry Unemployment Compensation Fund*

Teachers Insurance and Annuity Association of America
Attn: Sharon F. Manewitz
730 Third Avenue
New York, NY 10017

Beverly H. Shideler
IBM
Two Lincoln Centre
Oakbrook Terrace, IL 60181
*Creditor*

Renee F. Bergmann, Esq.
Nixon Peabody LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
*Attorneys for Landor & Hawa International Limited*

Jane Lewis Volk, Esq.
Gefsky and Lehman PC
2301 One PPG Place
Pittsburgh, PA 15222
*Attorneys for J. Richard Abraham*

George Dempster, Esq.
Fenningham, Stevens & Dempster
Five Neshaminy Interplex, Ste 315
Trevose, PA 19053
*Attorneys for Damiano Marketing, Inc.*

Malhar Pagay, Esq.
Pachulski Stang
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067
*Attorneys for China Export & Credit Ins. Corp.*

Tina Campo, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
*Attorneys for QVC, Inc.*

Gilbert B. Weisman, Esq.
Becket & Lee
POB 3001
Malvern, PA 19355-0701
*Attorneys for American Express*

Raymond Patella, Esq.
Blank Rome
One Logan Square
Philadelphia, PA 19103
*Attorneys for UGI Energy Services, Inc. dba GasMark*

David A. Murdoch, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
*Attorneys for Kuehne & Nagel Inc.*

Michael J. Henny, Esq.
Suite 600 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
*Attorneys for Krome Communications*

Steven Santoro, Esq.
Gefsky & Lehman
2301 One PPG Place
Pittsburgh, PA 15222
*Attorneys for J. Richard Abraham and Strategic Sources Services, LLC*

**Notices of Appearance in Adv. Proc.**

Norman E. Gilkey, Esq.
Joseph Decker, Esq.
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222

*Attorneys for William Berry*

Paul C. Fuener, Esq.
Kirkpatrick & Lockhart Nicholson Gra LLP
Henry W. Oliver Building
535 Smithfield St.
Pittsburgh, PA 15222-2312
*Attorneys John Dudash*

Jane Lewis Volk, Esq.
Steven Santoro, Esq.
Gefsky & Lehman
2301 One PPG Place
Pittsburgh, PA 15222*Attorneys for J. Richard Abraham and Strategic Sources Services, LLC*

James Newell, Esq.
Buchanan Ingersoll
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219-6498
*Counsel for Grazyna Kurowska*


## 20 Largest Unsecured Creditors (from Amended List)

AAA Mid Atlantic
2040 Market Street
Philadelphia, PA 19103

Ansel M. Schwartz
One Sterling Plaza
200 N. Craig Street, Ste 304
Pittsburgh, PA 15213

Associated Industrial Company
Room B, 22 F.
3 Industrial Building 318-389
Young YA
Hong Kong

Best-Carry Corp.
Mr. Andrew Huang
Fl. 6-2 No. 123, Sec. 3
Taichung Kang Road.
Taichung
Taiwan

Bruce Weiner
c/o Longboat Capital Management
139 Freeport Road, Ste 200
Pittsburgh, PA 15215

Datang Travel Products
Yetang Industrial Park
Changshu
Jiangsu, China

Els Marketing & Design
Attn: Accounts Payable
4004A Spring Garden Street
Greensboro, NC 27407

Full Year Brother
Enterprise Co., Ltd.
41-21 Guan Tso Street
Lukang, Taiwan

Hangzhou Taiji Bags
Xing Wang Industrial Area
Economic Development
Zhejiang China

Jiaxing (AMD)
Traveling Product, Co., Ltd.
Zhondai Town Industrial
Zhenjiang, China

Krome Communications
The Bank Tower
307 Fourth Avenue
Pittsburgh, PA 15222

Meijer
2929 Walker Avenue, NY
Grand Rapids, MI 49544

NLDA Associates, Inc.
1817 Elmdale Avenue
Glenview, IL 60025

Reed & Witting Company
5000 Baum Boulevard
Pittsburgh, PA 15213-1887

Sterling Commerce, Inc.
P.O. Box 73199
Chicago, IL 60673

Suncamp International Inc.
7/F, Wuzhou Dasha, No. 81
817 Road North, Fishou
Fujian China

Teachers Insurance
Attn: Sharon Manewitz
730 Third Avenue
4th Floor, Securities Division
New York, NY 10017

Thomas Bernstein
c/o Woodland Management
201 South Highland Avenue, Ste 204
Pittsburgh, PA 15206
United Ascent Travelware

United Ascent Travelware
Xinqiao Development District
Linping
Hangzhou China

XPEDX
P.O. Box 640933
Pittsburgh, PA 15264-0933

**<u>Schedule D Creditors</u>**

Gary Cerrone
1093 Tidewater Drive
Bethel Park, PA 15102

J. Richard Abraham
85 Quail Hill Lane
Pittsburgh, PA 15238

John Pietro
170 Topaz
Canfield, OH 44406

Madeleine, L.L.C.
c/o Cerberus Partners, LLC
450 Park Avenue, 28th Floor
New York, NY 10022

National City Bank
4100 West 150th Street
Cleveland, OH 44135

U.S. Bancorp Investments, Inc.
11766 Wilshire Blvd, Suite 870
Los Angeles, CA 90025

US Bancorp.
Attn: Daniel Spiller
800 Nicollet mall
Mail code BC-MN-H18T
Minneapolis, MN 55402

**Amended Schedule D**

Cerberus Partners, L.P.
c/o Lawrence Gelber
Schulte Roth & Zabel. LLP
919 Third Avenue
New York, NY 10022

Madeleine L.L.C.
c/o Lawrence Gelber
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

**Schedule E Creditors**

Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1512

Department of Customs Ontario Canada
c/o Excel Global Logistics
1825 Alstep Drive
Mississauga, Ontario L5S 1Y5

State of New York
Corporation Tax Processing Unit
POB 22038
Albany, NY 12201-2038

Ohio Department of Taxation
POB 804
Columbus, OH 43216-0604

California Franchise Tax Board
POB 942867
Sacramento, CA 94267-0001

Washington State Department of Revenue
POB 34052
Seattle, WA 98124-1052

**Schedule F Creditors**

500 Group Holdings, Inc.
700 Canal Street
Stamford, CT 06902

A.B.C. Pallets, Inc.
450 Industrial Drive
Milton, Ontario L9T 5A6

AAA East Central
Attn: Tia Bahr
5700 Brecksville Rd.
Independence, OH 44131

AAA Mid Atlantic
2040 Market Street
Philadelphia, PA 19103

AAA Washington
Attention: Accounts Receivable
POB 34995
Seattle, WA 98124-1995

Acclaim Motivation
1020 Rosewood Drive
W. Chicago, IL 60185

Action Packaging Inc.
2160 North Main Street
Washington, PA 15301

ADP, Inc.
POB 9001006
Louisville, KY 40290

ADT Security Services, Inc.
P.O. Box 96175
Las Vegas, NV 89193

AFLAC
Attn: Remittance Proc. Ser.
1932 Wynnton Rd.
Columbus, GA 31999-0001

AFS Logistics, LLC
P.O. Box 18170
Shreveport, LA 71138-1170

Air Canada
7373 Cote Vertu W.
Saint Laurent
Quebec
Canada L3R 3J9

Air Liquide Canada
1700 Steeles Ave. E.
Bramalea, Ontario L6T 1A6

Airport Luggage Store
7546 W. Commercial Blvd.
Ft. Lauderdale, FL 33319

Alan Johnson
Johnson & Gilmore Assoc.
6631 Stefani Dr.
Dallas, TX 75225

Ame Burke
1943 S. Kerckhuff Way
Henford, CA 93230

Angel's Cleaning Service Inc.
POB 272
Ellwood City, PA 16117

Ann Pirrello
7 Shipman Pl.
East Hanover, NJ 07936-2927

Ansel M. Schwartz
One Sterling Plaza
200 N. Craig Street, Suite 304
Pittsburgh, PA 15213

Anthony's Custom Shoe Repair
PMB 625
5405 Alton Parkway #5-A
Irvine, CA 92604

Arlene Pettersen
3400 Hill, Apt. 1306
Butte, MT 59701

Armstrong Cable Services
POB 747087
Pittsburgh, PA 15274

Ascom Canada Postal
150 Steel Case Road
Markham, Ontario
Canada L3R 3J9

Associated Industrial Company
Room B, 22 F.
3 Industrial Building 318-389
Young YA
Hong Kong

AT&T
P.O. Box 9001309
Louisville, KY 40290-1309

AT&T
P.O. Box 9001309
Louisville, KY 40290-1309

AT&T Canada
P.O. Box 333, Stn. M
Toronto, Ontario M6S 4W9

Atwood, Inc.
Bottom Line Merchants
16355 SW 89th Court
Miami, FL 33157

Atwood, Inc.
d/b/a Bottom Line Merchants
16355 SW 89th Court
Miami, FL 33157

Austin House, Inc.
10th & Factory Avenue
Ellwood City, PA 16117

BAB, Inc.
905 Malo Street
St. Hilaire
Quebec, Canada J3H IT2

Barbara Bach
1626 Harvest Gleno Dr.
Chico, CA 95928

Barbara Nevins
1343 W. 187th St.
Homewood, IL 60430

Bell Canada
P.O. Box 9000
North York, Ontario M3C 2X7

Bell Mobility Paging
P.O. Box 5103
Burlington, Ontario L7R 4R8

Best Way Janitorial Services
122-250 The East Mall #1670
Toronto, Ontario, Canada M9B 6L3

Best-Carry Corporation
Huashen Industrial Zone
Longdong Village
Shenzhen Guangdong

Bobbi Karcz
1788 Sanctuary Ct. 47
Appleton, WI 54914

Borough of Ellwood City
Municipal Electric Dept.
525 Lawrence Ave.
Ellwood City, PA 16117

Brenda Scott
167 Crescent Rd.
San Anselmo, CA 94960

Brian Miller
10th Street & Factory Avenue
Ellwood City, PA 16117

BRT Enterprises
6990 Haigh Street
Orland, CA 95963

Bruce Weiner
c/o Longboat Capital Management
139 Freeport Road, Suite 200
Pittsburgh, PA 15215

Cannon Marketing Group
13522 West 107th St.
Lenexa, KS 66215

Carey's Luggage
9612 North 7th St.
Phoenix, AZ 85020

Carl Lewallen
109 Trails End
Highland Village, TX 75077

Cathy Dixon
1523 Martha St.
Pekin, IL 61554

Chaw Khong Technology Co. Ltd.
No 29 WU Chaung 3rd Road
Wu KU Industrial Park
Taipei County
Taiwan

Cintas Corporation #310
300 Victoria Road
Austintown, OH 44515-2026

Citi-corp. Del-Lease, Inc.
P.O. Box 7247-7878
Philadelphia, PA 19170-7878

Citicorp Vendor Finance, Inc.
P.O. Box 7247-0322
Philadelphia, PA 19170

Columbia Gas of PA, Inc.
Dept. L140P
Pittsburgh, PA 15264-0140

Commercial Printing Company
POB 5503
2414 Wilmington Road
New Castle, PA 16105

Copier Fax Laser Co., Ltd.
215 Traders Boulevard #9
Mississauga
Ontario, Canada L42 3K5

Craig Baumbach
4011 SW 12th St.
Des Moines, IA 50315

Current Express
145 Traders Blvd. E, Unit #19
Mississauga, Ontario L4Z 3L3

Damiano Marketing, Inc.
19 Strickland Way
Glen Mills, PA 19342-1665

Dan Eulberg
5155 West Ridge Circle
Auburn, CA 95602

Data Micro, Inc.
267 Matheson Blvd, East
Unit 1
Mississauga, Ontario
Canada L4Z 1X8

Data Processing Sciences
POB 630245
Cincinnati, OH 45263

Datang Travel Products
Yetang Industrial Park
Changshu
Jiangsu, China

David E. Hughes
dba Globe Leader Newspaper
PO Box 257
New Wilmington PA 16142

David S. Lapine, Inc.
P.O. Box 10050
Stamford, CT 06904-2050

Dean Tinker
1055 Deer Clover Way
Castle Rock, CO 80108

Decision One
426 West Lancaster Ave.
Devon, PA 19333

DiBello's Solo Super Serv.
735 Lawrence Avenue
Ellwood City, PA 16117

Donna Coglianese
10511 Pentagon
Orland Park, IL 60467

Douglas Haese
4553 N. 27th St.
Milwaukee, WI 53209

Earthlink, Inc.
P.O. Box 6452
Carol Stream, IL 60197-6452

Edward Boehl
8211 S. Tamarac Street
Englewood, CO 80112

Edward Naut
3006 Prospect
Houston, TX 77004

Eiko Arentzen
8241 E. Briarwood Pl.
Centennial, CO 80112

Ellwood City Ledger
P.O. Box 471
Ellwood City, PA 16117

Els Marketing & Design
Attention: Accounts Payable
4004A Spring Garden Street
Greensboro, NC 27407

Embridge Consumers Gas
Payment Processing Dept.
P.O. Box 644
Scarborough, Ontario M1K 5H1

Enersource Corporation
3240 Mavis Rd.
Mississauga, Ontario L5C 3K1

EQUIPCO
P.O. Box 338
Bridgeville, PA 15017

Erika Grable
14101 Eastland Ln.
Tampa, FL 33625

FASA
350 5th Ave., Ste 2030
New York, NY 10118

Federal Express
P.O. Box 2700
Mississauga, Ontario
Canada L5M 2L8

Finks Luggage & Repair Company
517 SW 12th Avenue
Portland, OR 97205

Floyd Faulkner
8 Rollins Pl.
Etobicoke, Ontario M9B 3Y4

Francine Larocque
905 Malo St.
St. Hilaire, PQ J3H 1T2'

Frid & Russel Office
POB 161
Oakville, Ontario
Canada L6J 425

Frontier Incentives
3865 Elm St.
Denver, CO 80207

Full Year Brother
Enterprise Co. Ltd.
41-21 Guan Tso Street
Lukang, Taiwan

Gail Conmy
6601 Biltmore Pl.
Plano, TX 75023

Garry Dasko
16617 - 90 Avenue
Edmonton, Alberta
Canada T5R 4W9

Gary Monsalve
909 Harvest Glen Dr.
Plano, TX 75023

Gateway Commerce Center
1605 Old Route 18
Wampum, PA 16157

GE Capital
P.O. Box 642111
Pittsburgh, PA 15264-2111

George Millard
15 Robb Farm Rd.
St. Paul, MN 55127

Georgiana Portel
400 N. Grove St.
East Orange, NJ 07017-4518

Glen Robnett
5015 Orca Drive NE
Tacoma, WA 98422

Globe Leader Newspaper
P.O. Box 257
New Wilmington, PA 16142-0226

GMAC
P.O. Box 5180
Carol Stream, IL 60197-5180

Grace Kurowska
10th Avenue & Factory Street
Ellwood City, PA 16117

Graphic Systems
235 William Pitt Way
Pittsburgh, PA 15238

Great West Life Assurance
Group Insurance Payment
POB 1053
Winnipeg
British Columbia, Canada R3C 2X4

Guardian
P.O. Box 95101
Chicago, IL 60694

Hampton Roads Luggage Inc.
166 S. Rosemont Road Unit C
Virginia Beach, VA 23452

Hangzhou Taiji Bags
Xing Wang Industrial Area
Economic Development
Zhejiang China

Harold's Auto Electric Service
1304 Woodside Ave.
Ellwood City, PA 16117

Harrack & Klassen Agency
294 Portage Avenue, Room 801
Winnipeg Manitoba
Canada R3C 0B9

Hearts Desire Floral & Gifts
422 Lawrence Avenue
Ellwood City, PA 16117

Heathers Luggage Repair
1589 East Kent Avenue North
Vancouver
British of Columbia
Canada V5P 4Y7

Henry Shrager
5350 N. Sepulveda Blvd.
Van Nuys, CA 91411

Highmark BC/BS
P.O. Box 382146
Pittsburgh, PA 15250-8146

Holt of California
P.O. Box X
Sacramento, CA 95813

Honeywell
ACS-Service
12490 Collect Center Dr.
Chicago, IL 60693

Hyun Sun Kim
3292 Wallace Drive
New Castle, PA 16105

IBM
P.O. Box 643600
Pittsburgh, PA 15264-3600

IBM Canada, Ltd.
P.O. Box 5100, Stn. F.
Toronto, Ontario M4Y 2T5

IBM Credit Corp.
P.O. Box 643600
Pittsburgh, PA 15264-3600

Infinite Media Corp.
4205 Express Drive North
Ronkonkoma, NY 11779

Infiniti Financial Services
P.O. Box 371447
Pittsburgh, PA 15250-7447

INOVIS
Parkway 400
11720 Amber Park Dr.
Alpharetta, GA 30004

J&F Waste Systems
610 Finley Avenue
Ajax
Ontario, Canada L1S 2E3

Jack Bright
1145 Whealan Road
Woodstock, Ontario
Canada N4S 8E6

Jane Johnson
2428 Creekview
Planto, TX 75093

Janine Kuyendall
300 Prize Oak
Cedar Park, TX 78613

Jason Durham
10702 Stone Canyon Rd. 118A
Dallas, TX 75230

Jean Finn
15331 Alameda
Oak Forest, IL 60452

Jeff Powers
2966 Oahu Ave.
Honolulu E, HI 96822

Jerry Carr
10th Avenue & Factory Street
Ellwood City, PA 16117

Jessie Eckel
6405 Brooklawn Dr.
Arlington, TX 76018

Jiaxing (AMD)
Traveling Product Co. Ltd.
Zhondai Town Industrial
Zhenjiang, China

Jim Lansing
815 Pineview Lane N
Plymouth, MN 55441

Joe Deininger
311 Forest Ave.
Willow Grove, PA 19090

Joe Williams
465 Canyon Way
Arroyo Grande, CA 93420

John Giglio
2A Reade Street
Jamesburg, NJ 08831

Jorge Lopez
5590 NW 107 Ave. 1105
Doral, FL 33178

Joy Bishop
1824 Byland Road Kelowna
British of Columbia
Canada V1Z 1A9

JRM & Associates
160-A Cupped Oak Ln.
Stallings, NC 28104

Julie Martin
5009 E. Colonial Dr.
Tampa, FL 33611

Kaehler Travelworks
225 Larkin Drive, Unit 4
Wheeling, IL 60090

Kathy Roberts
5219 Wynnefield Ave. 304
Philadelphia, PA 19131

Kelly Kussmaul
2777 W. Harper Rd.
Mason, MI 48854

Kovacs Luggage
2124 E. Colorado Boulevard
Pasadena, CA 91107-3569

Krispin McGee
2902 Shadow Ridge Dr., Apt. 8
August, GA 30909

Krome Communications
The Bank Tower
307 Fourth Avenue
Pittsburgh, PA 15222

Kuehne & Nagel
P.O. Box 21463
Network Place
Chicago, IL 60673-1214

Landlor & Hawa International, Ltd.
Riverside House, Rivery Way
Harlow Essex
United Kingdom
Cm20 2DW

Laurie Williams
269 W. William St.
Delaware, OH 43015

Leaf Enterprises, Inc.
100 Ninth St.
Monaca, PA 15061-2001

Leidy Martinez
8320 SW 150 Ave., Unit 102
Miami, FL 33193

LGK Sales & Marketing
1510 Hillyer
Robinson Ind. Pkwy.
Anniston, AL 36207

Libra Securities
11766 Wilshire Boulevard, Ste 870
Los Angeles, CA 90025

Lidyia Lemma
7770 Newington Woods Dr.
Springfield, VA 22153

Lou Remus
108 PR 7119
Frankston, TX 75763

Luggage Town Ltd.
644 Mi1lway Avenue

Unit #1, Concord
Ontario, Canada 14K 4H4

M. Hughes Sales Company
128 Queen Street
Box 42268
Mississauga
Ontario, Canada 15M 4Z0

Malin, Berquist & Co., LLP
3605 McKnight East Drive
Pittsburgh, PA 15237-6400

Margaret Jensen
P.O. Box 6182
Omaha, NE 68106

Marine Corps
Prs & Family Readiness
POB 751564
Charlotte, NC 28275-1564

Marketing & Sales Group, Inc.
P.O. Box 3223
York, PA 17402

Marty Mishan
120 Rockland Drive
Jericho, NY 11753

Marvin Harris
5833 Bowcroft St. #1
Los Angeles, CA 90016

Mary Focht
4202 Walnut
Omaha, NE 68105

Mary Mays
185 Ridgeway Ct.
Pendleton, KY 40055

MAS, Inc.
2718 Brecksville Rd.
Richfield, OH 44286

Maxwell Enterprises
2714 Harewood Court
Oakville, Ontario
Canada 16J 5V1

Mega Trading LLC
2761 NW 82nd Avenue
Miami, FL 33122

Meijer
2929 Walker Avenue, NY
Grand Rapids, MI 49544

Melissa Geddie
3416 Almond Ln.
McKinney, TX 75070

Metro Waste Paper, Inc.
66 Shorncliffe Rd.
Toronto, Ontario M8Z 5K1

Michelle M. Brown
25515 S. Steger-Monee Rd.
Monee, IL 60449

Midrange Plus Services, Inc.
3204 Lebanon Church Road
West Mifflin, PA 15122

Mikdred Brehl
7315 Glen Arbor Rd.
Louisville, KY 40222

Minister of Finance
77 City Centre Drive, Suite 200
Mississauga Ontario
Canada L5B 1M5

Mirtha Velandia
P.O. Box 720382
Miami, FL 33172

Mitzi S. Wicker
3236 Breckenridge Way
Riva, MD 21140

MR Group, Inc.
4280 Rosewood Lane North
Plymouth, MN 55442

N A Laszlo Heating & A/C
206 Portersville Rd.
Ellwood City, PA 16117

Natalie Munz
2259 Perry St.
Sutter, CA 95982

Navy Exchange Service Command
530 Indepdence Parkway
Chesapeake, VA 23320

Nigel Carter
2051 Whyte Park Avenue
Walnut Creek, CA 94594

NLDA Associates, Inc.
1817 Elmdale Avenue
Glenview, IL 60025

Norwalk Luggage
53 Wall Street
Norwalk, CT

Office Max - A Boise Co.
Office Products Corp.
P.O. Box 360755
Pittsburgh, PA 15250-6755

PA American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

Pamela Parkinson
22 Bayberry Crescent
Willowdale, Ontario
Canada M2K 1T8

Parcels Plus Inc.
2775 Thamesgate Drive
Mississauga
Ontario CN L4T 1G5

Pat Carpenter
5225 Duncan Way
South Gate, CA 90280

Peter Babakian
127 Huron Drive
Chatham, NJ 07928

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Philippa Angelides
8282 Cambridge St., #805
Houston, TX 77054

Portland Luggage
440 SW Washington St.
Portland, OR 97204

Pro-Show Inc.
Unit 7, 15 LeSmill Road
Toronto, Ontario
Canada M38 2T3

Purolator Courier Ltd.
POB 1100
Etobicoke Postal Station
Etobicoke Ontario
Canada M9C 5K2

Quill Corporation
POB 94080
Palatine, IL 60094

Reed & Witting Company
5000 Baum Boulevard
Pittsburgh, PA 15213-1887

Reed Oil Company
511 Montgomer Avenue
New Castle, PA 16102

Richard T. Gray
3341 Tracelake Dr.
Matthews, NC 28105

Rogers AT&T
P.O. Box 9100
Don Mills, Ontario M3C 3P9

Royal Containers, Ltd.
80 Midair Court
Brampton
Ontario
Canada L6T 5V1

Rynn's Luggage
P.O. Box 4281
Pittsburgh, PA 15203-0281

Sandip Kaus
5912 W. Pico
Fresno, CA 93722

SBC
Payment Center
Sacramento, CA 95887-0001

Seymour Stern
6351 Long Key Lane
Boynton Beach, FL 33437

Shari Donley
P.O. Box 862
Polk City, FL 33868

Sheila T. Davis, Inc.
DBA: Bottom Line Merchants
4644 N.W. 99th Lane
Coral Springs, FL 33076

Sheryl Lidenberg
307 4th Ave. E
West Fargo, ND 58078

Southwest Incentives
1121 Hampshire Lane, Suite 224
Richardson, TX 75080

Specialty Luggage
915 Liberty Avenue
Pittsburgh, PA 15222

Stacey Campbell
1401 Louise Ave.
Modesta, CA 95350

Sterling Commerce Inc.
P.O.Box 73199
Chicago, IL 60673

Stuart C. Smith Assoc., Inc.
115 Winchester St.
Newton Highlands, MA 02461

Suncamp International, Inc.
7/F. Wuzhou Dasha, No. 81
817 Road North, Fishou
Fujian China

Sureway International
3151 Wharton Way Mississauga
Ontario, Canada L4X 2B6

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Teachers Insurance
c/o 730 Third Avenue
4th Floor, Securities Division
New York, NY 10017

Teamsters L.U. #261
351 Northgate Circle, Suite A
New Castle, PA 16105

Teamsters Local Union 261
351 Northgate Circle, Suite A
New Castle, PA 16105

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1006

The Fixery
80 Mott Ave.
Inwood, NY 11096

Thomas Bernstein
c/o Woodland Management
201 South Highland Ave, Ste 204
Pittsburgh, PA 15206

Thomas Brejcha
10233 Lowell Ave.
Overland Park, KS 66212

Thomas Gales
R.#2, Box 145
New Castle, PA 16101

Travelers Shoppes
Cleveland Trunk
1309 Euclid Avenue
Cleveland, OH 44115

Treese Communications
9969 Edinboro Rd.
McKean, PA 16426

Trish Sexton
10026 Willowbrook
Louisville, KY 40223

TW Carroll Company
350 Upland Drive
Seattle, WA 98188

UGI Energy Services, Inc.
P.O. Box 827032
Philadelphia, PA 19182-7032

United Ascent Travelware
Xinqiao Develpment District Linping
Hangzhou China

United Concordia
P.O. Box 827399
Philadelphia, PA 19182-7399

United Marketing Services
P.O. Box 3580
Lubbock, TX 79452-3580

United Parcel Service
C.P. # 11086
SUCC. Centre-Ville
Montreal
Quebec Canada H3C 5C6

UPS
POB 2127 CRO
Halifax
Nova Scotia
Canada B3J 3B7

UPS
P.O. Box 894820
Los Angeles, CA 90189-4820

UPS SUP Chain Solutions, Inc.
Customs Brokerage Service
P.O. Box 34486
Louisville, KY 40232

Valley Office Solutions
8534 South Avenue
Youngstown, OH 44514

Verizon
P.O. Box 646
Baltimore, MD 21265-0646

Verizon Wireless
P.O. Box 17464
Baltimore, MD 21297-1464

Victoria Wade
185 Ridgeway Ct.
Pendleton, KY 40055

Virginia Uncapher
1777 Hasty Rd. NE
Marietta, GA 30062

Vogel Disposal Svc., Inc.
P.O. Box 847
Mars, PA 16046-0847

Ward Dietrich
5955 Woodward Ave.
Detroit, MI 48202

Waste Management
P.O. Box 78251
Phoenix, AZ 85062-8251

Watt Spohn Universal
13717 Welch Road
Dallas, TX 75244

Watts Line
166 Poplar Avenue
Acton, Ontario
Canada L7J 2E4

Weekly Bargain Bulletin
RD 5, Box 662
Graham-Fording Rd.
New Castle, PA 16105-9517

William Berry
151 Hickory Lane
Lancaster, OH 43130

William H. Wilhoit
109 Park Lane
New Castle, PA 16105

Workplace Safety & Ins. Bd.
P.O. Box 4115, Stn. A
Toronto, Ontario M5W 2V3

Wuthmann Associates
64 Marinita Avenue
San Rafael, CA 94901

XPEDX
211 House Avenue
Camp Hill, PA 17011

Zion Luggage
15250 E. Hampden Avenue
Aurora, CO 80014

## **Amended Schedule F Creditors**

A.R. Oliastro, Inc.
P.O. Box 148
Ellwood City, PA 16117

ABR Services, Inc
444 Caldwell Road
Stoneboro, PA 16153

Aiken Refuse
615 Kate Houk Road
New Castle, PA 16101

Allied Auto
910 Factory Avenue
Ellwood City, PA 16117

Ariba, Inc.
210 Sixth Avenue
Pittsburgh, PA 15222

Best Way Janitorial
#122 – 250 The East Mall
Toronto Ontario
Canada M9B 6L3

BirdDog Solutions, Inc.
2301 N. 117th Avenue
Suite 117
Omaha, NE 68164-3675

Canada Post
2701 Riverside Drive
Ottawa Ontario

Canada K1A 1LT

Canada Post
2701 Riverside Drive
Ottawa Ontario
Canada K1A 0B1

City of Orland
815 Fourth Street
Orland, CA 95963

Commerce Hub
Commerce Technology, Inc.
255 Fuller Road
Suite 327
Albany, NY 12203

Continental Leak
1300 West Countyline Road
Mineral Ridge, OH 44440

Dun & Bradstreet
POB 75542
Chicago, IL 60675

Forrester Ketley & Company
52 Bounds Green Road
London, United Kingdom
England N11 2EY

Health & Welfare & Pension Funds of
The New Independent Leather, Novelty
& Plastic Workers Union
240 N. James Street, Suite 204
Newport, DE 19804

Health & Welfare & Pension of
The New Independent Leather, Novelty
& Plastic Works Union
1981 Marcus Avenue, Suite C108
New Hyde Park, NY 11042

Heather's Luggage Repair
1589 East Kent Avenue N.
Vancouver British Columbia
Canada V5P 4Y7

Hunters Pest Control
POB 1435
Paradise, CA 95967

Hunters Pest Control
P.O. Box 75542
Paradise, CA 95967

J. Richard Abraham
85 Quail Hill Lane
Pttsburgh, PA 15238

Joy Bishop
O/A Quicker Cobbler
1824 Byland Road
Kelowna, British Columbia
Canada V1Z 1A9

Marc Chantal America, Inc.
2548 Tarpley Road
Carrollton, TX 75006

Mt. Shasta
1878 Twin View Boulevard
Redding, CA 96003

New Castle News
27-35 N. Mercer Street
P.O. B ox 60
New Castle, PA 16103

Services Unlimited
2 Gander Lane
Mansfield, MA 02048

Shad Janitorial
741 Plumas Street
Yuba City, CA 95991

Staples, Inc.
P.O. Box 9020
Des Moines, IA 50368-9020

T & M Hardware & Rental
4 Fountain Avenue
Ellwood City, PA 16117

The Robbins Company
400 O'Neil Boulevard
P.O. Box 2966
Fall River, MA 02723

T W Carroll Co.
Mail Stop 65-35
P.O. Box 3707

Seattle, WA 98124

U.S. Bancorp Investments, Inc.
11766 Wilshire Boulevard
Suite 870
Los Angeles, CA 90025

Underground Archives
1605 Old Route 18
Wampum, PA 16157

Unisource Worldwide, Inc.
7472 Collection Center Drive
Chicago, IL 60693

United Way
1260 N. Brodhead Road
Monaca, PA 15061

United Way
223 N. Mercer Street
New Castle, PA 16101

United Way
POB 174
Ellwood City, PA 16117

**<u>Schedule G Creditors</u>**

500 Group Holdings, Inc.
700 Canal Street
Stamford, CT 06902

ADT Security Services, Inc.
POB 96175
Las Vegas, NV 89193

Air Canada
7373 Cote Vertu W.
Saint Laurent
Quebec
Canada H4Y 1H4

Ascom Canada Postal
150 Steel Case Road
Markham
Ontario
Canada L3R 3J9

AT&T
POB 9001309

Louisville, KY 40290

Brian Miller
10th Street & Factory Avenue
Ellwood City, PA 16117

BRT Enterprises
6990 Haigh Street
Orland, CA 95963

Bruce Weiner Family Ltd. Partnership
930 Beaver Avenue
Ellwood City, PA 16117

CitiCorp Del-Lease, Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

Citicorp Vendor Finance, Inc.
POB 7247-0322
Philadelphia, PA 19170

Data Micro Inc.
267 Matheson Boulevard, East
Unit 1
Mississauga, Ontario
Canada L4Z 1X8

Data Processing Sciences
POB 630245
Cincinnati, OH 45263

Decision One
426 West Lancaster Avenue
Devon, PA 19333

GMAC
P.O. Box 5180
Carol Stream, IL 60197

Grace Kurowska
10th Street & Factory Avenue
Ellwood City, PA 16117

Hangzhou Fuxiang Property Management Co.
Room 203, Block C, Century Plaza
3 Hangda Road
Hangzhou
China 310007

Holt of California

POB X
Sacramento, CA 95813

Honeywell Security Monitoring
910 Riverside Parkway, Suite 80
West Sacramento, CA 95605

IBM Credit Corporation
POB 643600
Pittsburgh, PA 15264

Infiniti Financial Services
POB 371447
Pittsburgh, PA 15250

INOVIS
Parkway 400
4720 Amber Park Drive
Alpharetta, GA 30004

Jerry Carr
10th Street & Factory Avenue
Ellwood City, PA 16117

Landlor & Hawa International Ltd.
Riverside House, River Way
Harlow Essex
United Kingdom
Cm20 2DW

Mega Trading LLC
2761 NW 82nd Avenue
Miami, FL 33122

Midrange Plus Services, Inc.
3204 Lebanon Church Road
West Mifflin, PA 15122

Pitney Bowes
P.O. Box 856042
Louisville, KY 40285

Sterling Commerce, Inc.
P.O. Box 73199
Chicago, IL 60673

Teamsters Local Union 261
351 Northgate Circle
Suite A
New Castle, PA 16105

Top First (HK) Ltd.
Flat B, 6/F; Success Ind. Building
No. 17 Sheung Hei Street
Sanpokong, Hong Kong
China

Treese Communications
9969 Edinboro Road
McKean, PA 16426

Valley Office Solutions
8534 South Avenue
Youngstown, OH 44514

Verizon
P.O. Box 9001309
Louisville, KY 40290

**<u>Amended Schedule G Creditors</u>**

Coastal Business Systems
336 First Street
Eureka, CA 95501

GE Capital
P.O. Box 64211
Pittsburgh, PA 15264

**<u>Parties with filed but not scheduled claims and/or
address on filed claim differs from scheduled claim</u>**

Summit Paper & Packaging
365 Deerhurst Drive #3
Brampton, Ontario L6T 5K3

Enbridge
PO Box 650
Scarborough ON MIK 5E3
Canada

Federal Express Corporation
Attn: Revenue Recovery/Bankruptcy
2005 Corporate Ave. 2nd Floor
Memphis TN 38132

GE Capital
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52405

Sterling Commerce Americas Inc
Attn Theresa Blunt

4600 Lakehurst Court
Dublin OH 43016

Vogel Disposal Svc., Inc.
121 Brickyard Rd.
Mars, PA 16046

Pacific Gas and Electric Company
PO Box 8329
Stockton CA 95208

Corporate Express Office Products Inc
Attn: Legal Department
One Environmental Way
Broomfield CO 80021

Coface North America, Inc. as Agent for
Kuehne & Nagel, Inc.
PO Box 2102
Cranbury, NJ 08512
Attn: Amy Schmidt

Roadway Express, Inc.
c/o Receivable Management Services
PO Box 5126
Timonium MD 21094

UGI Energy Services, Inc.
1100 Berkshire Blvd Suite 305
Wyomissing PA 19610

National City Bank of Pennsylvania
20 Stanwix Street
Pittsburgh, PA 15222

United Parcel Service
c/o Receivable Management Services
P O Box 4396
Timonium MD 21093

China Export & Credit Insurance Corp
c/o Malhar S. Pagay
10100 Santa Monica Blvd.
11th Floor
Los Angeles CA 90067

Office Max
150 E. Pierce Road
Itasca IL 60143

Citicorp Vendor Finance
James P. Valecko
Weltman, Weinberg & Reis, Co. L.P.A.
2718 Koppers Building, 436 7th Avenue
Pittsburgh, PA 15219

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Columbia Gas of Pennsylvania
200 Civi Center Dr
8th Floor
Columbus Ohio 43215

Citibank USA NA
DBA Staples
PO Box 9025
Des Moines IA 50368

Verizon
404 Brock Drive
Bloomington IL 61701

Pitney Bowes
27 Waterview Drive
Shelton CT 06484-4361

Landlor & Hawa International, Ltd.
c/o Howard N. Gorney Esq
19 Martin Circle
Plymouth MA 02360

Grazyna Kurowska
6530 Boca Del Mar #734
Boca Raton FL 33433

T-Mobile
P.O. Box 53410
Bellevue WA 98015

Pension Fund of Leather Novelty & Plastic Workers
Tower Office Park St. 204
240 North James Street
Newport DE 19804

Bruce Weiner
c/o Stanley E. Levine, Esquire
Campbell & Levine, LLC

1700 Grant Building
Pittsburgh, PA 15219

Bruce Weiner Family Limited Partnershp
c/o Stanley E. Levine, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

Exel Global Logistics (Canada) Inc.
c/o Jason E. Rios
555 Capital Mall, 10th Floor
Sacramento CA 95814

U.S. Bancorp Investments, Inc.
800 Nicollet Mall BC-MN-H18T
Minneapolis MN 55402

Michael P. O'Connor
10 Esquire Road
Suite 14
New City NY 10956

## GOVERNMENTAL AGENCIES

### IRS

Internal Revenue Service
1111 Constitution Ave. N.W.
Washington, DC 20224

Edward J. Laubach, Jr., Esq.
IRS-Chief Counsel
1001 Liberty Center, Suite 601C
Pittsburgh, PA 15222

### SEC

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
450 5th Street, N.W.
Washington, DC 20549-0601

Securities Exchange Commission
3 World Financial Center
New York, NY 10281

**PENNYSLVANIA:**

Taxing Authority:

Department of Revenue
1133 Strawberry Square
Harrisburg, PA 17128-1100

Attorney General:

Pennsylvania Office of Attorney General
16th Floor
Strawberry Square
Harrisburg, PA 17120

Secretary of State:

Pennsylvania Secretary of State
Commonwealth of Pennsylvania
Department of State
308 N. Office Bldg.
Commonwealth Ave. and North Street
Harrisburg, PA 17120

SEC:

Securities Exchange Commission
Philadelphia Regional Office
Daniel M. Hawke, Regional Director
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Notice of Appearance:

Deborah Candace Phillips, Esq.
Attorneys for Commonwealth of PA Dept of Labor & Industry
Unemployment Compensation Fund
914 Penn Avenue, 6th Floor
Pittsburgh, PA 15222


**MASSACHUSETTES:**

Taxing Authority:

Department of Revenue
100 Cambridge Street
Boston, MA 02114

<u>Attorney General:</u>

Office of the Attorney General
One Ashburton Place
Boston, MA 02108

<u>Secretary of State:</u>

Secretary of the Commonwealth of Massachusetts
McCormack Building
One Ashburton Place
Boston, MA 02108

Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133

<u>SEC:</u>

Securities Exchange Commission
Boston Regional Office
David Bergers, Regional Director
33 Arch Street, 23rd Floor
Boston, MA 02110-1424

**<u>NEW YORK:</u>**

<u>Taxing Authorities:</u>

State of New York
Corporation Tax Processing Unit
POB 22038
Albany, NY 12201-2038

Department of Tax and Finance
W.A. Harriman Campus
Albany, NY 12227

<u>Attorney General:</u>

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Office of the Attorney General
120 Broadway
New York, NY 10271-0332

<u>Secretary of State:</u>

Department of State

Secretary of State
41 State Street
Albany, NY 12231

Secretary of State
123 Williams Street
New York, NY 10038 - 3804

<u>SEC:</u>

Securities Exchange Commission
New York Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022


**<u>OHIO:</u>**

<u>Taxing Authorities:</u>

Ohio Department of Taxation
P.O. Box 804
Columbus, OH 43216-0604

Department of Taxation
30 E. Broad Street, 22nd Floor
P.O. Box 530
Columbus, OH 43216-0530

<u>Attorney General:</u>

Office of the Attorney General
State Office Tower
30 E. Broad Street, 17th Floor
Columbus, OH 43215-3428

Office of the Attorney General
615 W. Superior Ave. 11th Fl.
Cleveland, OH 44113

<u>Secretary of State:</u>

Office of the Secretary of State
180 East Broad Street
Columbus, OH 43215

<u>SEC:</u>

Securities Exchange Commission

Chicago Regional Office
Merri Jo Gillette, Regional Director
175 W. Jackson Boulevard
Suite 900
Chicago, IL 60604


**TEXAS:**

Taxing Authorities:

State Comptroller's Office
Lyndon B. Johnson State Office Building
111 E. 17th Street
Austin, TX 78774

Attorney General:

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General
209 W. 14th Street, 8th Floor
Austin, TX 78701

Secretary of State:

Office of the Secretary of State
1019 Brazos
Austin, TX 78701

SEC:

Securities Exchange Commission
Denver Regional Office
George Curtis, Regional Director
1801 California Street, Suite 1500
Denver, CO 80202-2656


**CANADA/ONTARIO:**

Windsor Tax Service
P.O. Box 1655
185 Ouelette
Windsor, ON N9A7G7

International Tax Services Office
2204 Walkley Road

Ottawa ON  K1A 1A8
Canada


**SCHEDULE E:**

California Franchise Tax Board
POB 942867
Sacramento, CA 94267-0001

Washington State Department of Revenue
POB 34052
Seattle, WA 98124-1052

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


**CUSTOMS AUTHORITIES:**

<u>United States:</u>

U.S. Customs and Border Protection Headquarters
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

<u>Canada:</u>

Mr. Alain Jolicoeur
President of the CBSA
Ottawa ON  K1A 0L8


**FORMER LANDLORDS:**

Bruce B Weiner FLP
139 Freeport Road, Suite 200
Pittsburgh, PA  15215

Mt Jackson Self Storage
107 Edinburg Road
New Castle, PA  16102

Underground Archives
1605 Old Route 18
Wampum, PA  16157

**<u>CURRENT LANDLORD:</u>**

William Adams, Sr
109 West Park Road
Portersville, PA  16051