IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

AIRWAY INDUSTRIES, INC.,  : Bankruptcy No. 06-20224JAD

    Debtor(s).  : Chapter 11

*****************************************

CLEAR THINKING GROUP LLC,
CREDITOR TRUSTEE OF THE AIRWAY
INDUSTRIES, INC., CREDITOR TRUST,

    Movant(s),
v.  : Doc. #820

NO RESPONDENTS,

    Respondent(s).

## ORDER

AND NOW, this **17th** day of **February, 2010**, IT IS HEREBY ORDERED THAT the rescheduled hearing on the *Motion For An Order To Abandon And Destroy Documents And Records* filed by *Clear Thinking Group LLC, As The Creditor Trustee Of The Airway Industries, Inc., Creditor Trust*, at *Doc. # 820* set for **Tuesday, February 23, 2010, IS CANCELLED.**

IT IS FURTHER ORDERED THAT a hearing on said matter IS RESCHEDULED TO **Tuesday, August 3, 2010**, at **10:00 AM** in **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.**

                                                         JEFFERY A. DELLER
                                                         U.S. Bankruptcy Judge

FILED

FEB 17 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

00004072.WPD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 06-20224 JAD |
| AIRWAY INDUSTRIES, INC. | Chapter 11 |
| Debtor. | Related to Doc. No. 975 and No. 576 |
| | Doc. # 977 |

## ORDER OF CONTINUANCE

AND NOW, this **11th** day of February, 2010, upon consideration of the foregoing *Motion to Continue Hearing on Final Decree*, it is hereby

ORDERED, ADJUDGED, AND DECREED that the February 23, 2010 hearing on the *Application for Final Decree and Status Report* shall be continued to ~~July ___, 2010~~ **\*\***, without prejudice to the Creditor Trustee seeking further extensions ~~or adjournments~~.

UNITED STATES BANKRUPTCY JUDGE
JEFFERY A. DELLER

**\*\*** Tuesday, August 3, 2010, at 10:00 AM
in Courtroom D, 54th Floor U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**FILED**
FEB 1 1 2010
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

NYC/461651.3

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 19, 2010.

```
db          Airway Industries, Inc.,   10th Street & Factory Avenue,   Ellwood City, PA 16117
aty        +Beverly H. Shideler,   Two Lincoln Centre,   Oakbrook Terrace, IL 60181-4295
aty        +George M. Dempster,   Five Neshaminy Interplex, Suite 315,   Trevose, PA 19053-6972
aty        +John R. Burns,   Baker & Daniels LLP,   300 North Meridian Street,   Suite 2700,
             Indianapolis, IN 46204-1782
aty        +Malhar S. Pagay,   10100 Santa Monica Blvd. 11th Floor,   Los Angeles, CA 90067-4003
aty        +Mark A. Werling,   Baker & Daniels LLP,   111 E. Wayne Stret Suite 800,
             Fort Wayne, IN 46802-2600
aty        +Robert Nahoum,   1675 Broadway,   New York, NY 10019-5820
aty        +Steven S. Santoro,   Gefsky and Lehman,   2900 Grant Building,   2301 One PPG Place,
             Pittsburgh, PA 15222-5401
aty         Tina L. Campo,   Centre Square West,   1500 Market Street 38th Floor,
             Philadelphia, PA 19102-2186
cr          Action Packaging Inc.,   c/o Bernstein Law Firm,   Attn: Scott Schuster, Esq.,   2200 Gulf Tower,
             Pittsburgh, PA 15219
fa         +Alpern Rosenthal & Co.,   Suite 400 Warner Center,   332 Fifth Avenue,
             Pittsburgh, PA 15222-2411
cr          American Express Travel Related Svcs Co Inc Corp C,   c/o Becket and Lee, LLP,   P.O. Box 3001,
             Malvern, PA 19355-0701
sp         +Ansel M. Schwartz,   201 N. Craig St.,   Suite 307,   Pittsburgh, PA 15213-1516
cr          Hong Kong Export Credit Insurance Corporation,   2/F Tower 1,   South Seas Centre,   75 Mody Road,
             Tsimshatsui East,   Kowloon, Hong Kong
cr          J. Richard Abraham,   c/o Gefsky and Lehman, P.C.,   Pittsburgh, PA 15222
cr         +Krome Communications,   Attn: President,   The Bank Tower,   307 Fourth Avenue,
             Pittsburgh, PA 15222-2108
cr          Landor & Hawa International Limited,   Riverside House,   River Way,   Harlow, Essex,   CM20 20DW,
             UK
cr         +Landor & Hawa USA Ltd.,   585 Homestead Lane,   Greenwood, IN 46142-9085
cr         +Madeleine LLC,   c/o Schulte Roth & Zabel, LLP,   919 Third Avenue,   New York, NY 10022-3902
cr         +Reed Oil Company Inc.,   511 Montgomery Avenue,   New Castle, PA 16102-1111
cr         +Teachers Insurance and Annuity Association of Amer,   Attn: Sharon F. Manewitz,
             730 Third Avenue,   New York, NY 10017-3206
cr         +Thomas E. Bernstein,   c/o Stanley E. Levine, Esquire,   Campbell & Levine, LLC,
             1700 Grant Building,   Pittsburgh, PA 15219-2348
intp       +TravelPro International, Inc.,   Meyer, Unkovic & Scott LLP,   1300 Oliver Building,
             535 Smithfield Street,   Pittsburgh, PA 15222-2393
cr         +UGI Energy Services, Inc. d/b/a GasMark,   460 North Gulph Road,   King of Prussia, PA 19406-2815
cr         +c/o RMS Bankruptcy S United Parcel Service,   307 International Circle, Ste 270,
             Hunt Valley, MD 21030-1322
11203383   +500 Group Holdings, Inc.,   700 Canal Street,   Stamford, CT 06902-5921
11198724    A.B.C. Pallets, Inc.,   450 Industrial Drive,   Milton, Ontario L9T 5A6
11299580   +A.R. Oliastro Inc.,   PO Box 148,   Ellwood City PA 16117-0148
11198733   +AAA East Central,   Attn: Tia Bahr,   5700 Brecksville Rd.,   Independence, OH 44131-1514
11187181   +AAA Mid Atlantic,   2040 Market Street,   Philadelphia, PA 19103-3302
11187182    AAA Washington,   Attention: Accounts Receivable,   POB 34995,   Seattle, WA 98124-1995
11278345   +ABR Services, Inc.,   444 Caldwell Rd.,   Stoneboro, PA 16153-2814
11201069   +ADP, Inc.,   POB 9001006,   Louisville, KY 40290-1006
11203384   +ADT Security Services, Inc.,   P.O. Box 96175,   Las Vegas, NV 89193-6175
11198758    AFLAC,   Attn: Remittance Proc. Ser.,   1932 Wynnton Rd.,   Columbus, GA 31999-0001
11198749    AFS Logistics, LLC,   P.O. Box 18170,   Shreveport, LA 71138-1170
11198782   +AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
11198767    AT&T,   c/o Mitchell J. Decter Esq.,   65 Livingston Avenue,   Roseland NJ 07068-1791
11198772    AT&T Canada,   P.O. Box 333, Stn. M,   Toronto, Ontario M6S 4W9
11198784   +Acclaim Motivation,   1020 Rosewood Drive,   W. Chicago, IL 60185-5049
11187232    Ace Bindery Corporation,   2323 Main St.,   Pittsburgh, PA 15215-2812
11187183   +Action Packaging Inc.,   2160 North Main Street,   Washington, PA 15301-6148
11278346   +Aiken Refuse,   615 Kate Houk Road,   New Castle, PA 16101-6753
11203385    Air Canada,   7373 Cote Vertu W.,   Saint Laurent,   Quebec,   Canada L3R 3J9
11198734    Air Liquide Canada,   1700 Steeles Ave. E.,   Bramalea, Ontario L6T 1A6
11198793   +Airport Luggage Store,   7546 W. Commercial Blvd.,   Ft. Lauderdale, FL 33319-2132
11198747   +Alan Johnson,   Johnson & Gilmore Assoc.,   6631 Stefani Dr.,   Dallas, TX 75225-2332
11278347   +Allied Auto,   910 Factory Avenue,   Ellwood City, PA 16117-1848
11198862   +Ame Burke,   1943 S. Kerckhuff Way,   Henford, CA 93230-6383
11257288    American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
11187184   +Angel's Cleaning Service Inc.,   POB 272,   Ellwood City, PA 16117-0272
11198838    Ann Pirrello,   7 Shipman Pl.,   East Hanover, NJ 07936-2927
11187185   +Ansel M. Schwartz,   One Sterling Plaza,   200 N. Craig Street, Suite 304,
             Pittsburgh, PA 15213-1508
11198731   +Anthony's Custom Shoe Repair,   PMB 625,   5405 Alton Parkway #5-A,   Irvine, CA 92604-3717
11278348   +Ariba, Inc.,   210 Sixth Avenue,   Pittsburgh, PA 15222-2614
11198865   +Arlene Pettersen,   3400 Hill, Apt. 1306,   Butte, MT 59701-3354
11187186   +Armstrong Cable Services,   POB 747087,   Pittsburgh, PA 15274-7087
11203386    Ascom Canada Postal,   150 Steel Case Road,   Markham, Ontario,   Canada L3R 3J9
11187187    Associated Industrial Company,   Room B, 22 F.,   3 Industrial Building 318-389,   Young YA,
             Hong Kong
11198757   +Atwood, Inc.,   Bottom Line Merchants,   16355 SW 89th Court,   Miami, FL 33157-3547
11201070   +Atwood, Inc.,   d/b/a Bottom Line Merchants,   16355 SW 89th Court,   Miami, FL 33157-3547
11187188    Austin House, Inc.,   10th & Factory Avenue,   Ellwood City, PA 16117
11187189    BAB, Inc.,   905 Malo Street,   St. Hilaire,   Quebec,   Canada J3H IT2
11203388   +BRT Enterprises,   c/o Steven M. Cherin Esq.,   2301 One PPG Place,   Pittsburgh PA 15222-5401
11198844   +Barbara Bach,   1626 Harvest Gleno Dr.,   Chico, CA 95928-7372
```

```
11672592      +Barbara J. Mathisen, Legal Assistant,    IBM Credit Corp.,    71 S. Wacker Drive,
               Chicago, IL 60606-4637
11198847      +Barbara Nevins,    1343 W. 187th St.,    Homewood, IL 60430-3831
11198730       Bell Canada,    P.O. Box 9000,    North York, Ontario M3C 2X7
11198796       Bell Mobility Paging,    P.O. Box 5103,    Burlington, Ontario L7R 4R8
11278349       Best Way Janitorial,    #122 - 250 East Mall,    Toronto, Ontario,   Canada M9B 6L3
11187190       Best Way Janitorial Services,    122-250 The East Mall #1670,    Toronto,   Ontario,
               Canada M9B 6L3
11278350      +Bird Dog Solutions,    2301 N. 117th Avenue,    Suite 201,   Omaha, NE 68164-3484
11230443      +BirdDog Solutions , Inc,,    2301 N. 117th St. Ste. 117,    Omaha NE 68164-3484
11198869       Bobbi Jean Karcz,    430B Nancy LN Apt. 52,    Pulaski, WI 54162-9261
11198716      +Borough of Ellwood City,    Municipal Electric Dept.,    525 Lawrence Ave.,
               Ellwood City, PA 16117-8528
11198813      +Brenda Scott,    167 Crescent Rd.,   San Anselmo, CA 94960-2746
11203387       Brian Miller,    10th Street & Factory Avenue,    Ellwood City, PA 16117
11191670      +Bruce Weiner,    c/o Stanley E. Levine Esq.,    1700 Grant Building,    Pittsburgh PA 15219-2239
11356429      +Bruce Weiner Family Limited Partnership,    c/o Stanley E. Levine, Esquire,
               Campbell & Levine, LLC,    1700 Grant Building,    Pittsburgh, PA 15219-2348
11305997      +Bruce Weiner Family Limited Partnershp,    c/o Stanley E. Levine, Esquire,
               Campbell & Levine, LLC,    1700 Grant Building,    Pittsburgh, PA 15219-2348
11267862     ++COLUMBIA GAS,    ATTN REVENUE RECOVERY,    200 CIVIC CENTER DR 11TH FLOOR,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,    200 Civi Center Dr,   8th Floor,
               Columbus Ohio 43215)
11756510      +CSAA,   c/o Leonard F. Spagnolo,    Bentz Law Firm, P.C.,    680 Washington Road, Suite 200,
               Pittsburgh, PA 15228-1925
11201064       California Franchise Tax Board,    POB 942867,   Sacramento, CA 94267-0001
11278351       Canada Post,    2701 Riverside Drive,   Ottawa Ontario,    Canada K1A 1LT
11198790       Cannon Marketing Group,    1816 S 86th St,   Kansas City KS 66111-3634
11723994       Capital Asset Research Corp.,    3980 RCA Blvd. Ste. 8012,    Palm Beach Gardens FL 33410-4232
11198766      +Carey's Luggage,    9612 North 7th St.,   Phoenix, AZ 85020-2162
11198807      +Carl Lewallen,    109 Trails End,   Highland Village, TX 75077-7253
11198859      +Cathy Dixon,    1523 Martha St.,    Pekin, IL 61554-5035
11187192       Chaw Khong Technology Co. Ltd.,    No 29 WU Chaung 3rd Road,    Wu KU Industrial Park,
               Taipei County,    Taiwan
11242004      +China Export & Credit Insurance Corp,    c/o Malhar S. Pagay,    10100 Santa Monica Blvd.,
               11th Floor,   Los Angeles CA 90067-4003
11198792       Cintas Corporation #310,    PO Box 727,   North Jackson, OH 44451-0727
11198754       Citi-corp. Del-Lease, Inc.,    P.O. Box 7247-7878,   Philadelphia, PA 19170-7878
11270053      +Citibank USA NA,   DBA Staples,    PO Box 9025,   Des Moines IA 50368-0001
11250761       Citicorp Vendor Finance,    James P. Valecko,    Weltman, Weinberg & Reis, Co. L.P.A.,
               2718 Koppers Building, 436 7th Avenue,   Pittsburgh, PA 15219
11203389      +Citicorp Vendor Finance, Inc.,    P.O. Box 7247-0322,   Philadelphia, PA 19170-0001
11229806      +Coface North America, Inc. as Agent for,    Kuehne & Nagel, Inc.,    PO Box 2102,
               Cranbury, NJ 08512-0952,    Attn: Amy Schmidt
11198779       Columbia Gas of PA, Inc.,    Dept. L140P,   Pittsburgh, PA 15264-0140
11278353      +Commerce Hub,    Commerce Technologies, Inc.,    255 Fuller Road,   Suite 327,
               Albany, NY 12203-3604
11187193      +Commercial Printing Company,    POB 5503,   2414 Wilmington Road,    New Castle, PA 16105-1955
11201065       Commonwealth of Massachusetts,    One Ashburton Place,    Boston, MA 02108-1512
11278354      +Continental Leak Detection, Inc.,    1300 West Countyline Road,    Mineral Ridge, Ohio 44440-9415
11187194       Copier Fax Laser Co., Ltd.,    215 Traders Boulevard #9,    Mississauga,   Ontario,
               Canada L42 3K5
11227343      +Corporate Express Office Products Inc,    Attn: Legal Department,    One Environmental Way,
               Broomfield CO 80021-3416
11198816      +Craig Baumbach,    4011 SW 12th St.,   Des Moines, IA 50315-3402
11198805       Current Express,    145 Traders Blvd. E, Unit #19,    Mississauga, Ontario L4Z 3L3
11198715      +Damiano Marketing, Inc.,    19 Strickland Way,    Glen Mills, PA 19342-1665
11198718      +Dan Eulberg,    5155 West Ridge Circle,   Auburn, CA 95602-9665
11203390       Data Micro, Inc.,    267 Matheson Boulevard, East,    Unit 1,   Mississauga, Ontario,
               Canada L4Z 1X8
11203392      +Data Processing Sciences,    POB 630245,   Cincinnati, OH 45263-0245
11187195       Datang Travel Products,    Yetang Industrial Park,    Changshu,   Jiangsu,   China
11207403      +David E. Hughes,    dba Globe Leader Newspaper,    PO Box 257,   New Wilmington PA 16142-0257
11198732       David S. Lapine, Inc.,    P.O. Box 10050,   Stamford, CT 06904-2050
11198817      +Dean Tinker,    1055 Deer Clover Way,   Castle Rock, CO 80108-8270
11203391      +Decision One,    426 West Lancaster Ave.,   Devon, PA 19333-1510
11198800      +DiBello's Solo Super Serv.,    735 Lawrence Avenue,    Ellwood City, PA 16117-1931
11198849      +Donna Coglianese,    10511 Pentagon,   Orland Park, IL 60467-1361
11198843      +Douglas Haese,    4553 N. 27th St.,   Milwaukee, WI 53209-6109
11278355       Dun & Bradstreet,    P.O. Box 75542,   Chicago, IL 60675-5542
11198799      +EQUIPCO,   P.O. Box 338,    Bridgeville, PA 15017-0338
11198744       Earthlink, Inc.,    P.O. Box 6452,   Carol Stream, IL 60197-6452
11201071      +Edward Boehl,    8211 S. Tamarac Street,   Englewood, CO 80112-3234
11198815      +Edward Naut,    3006 Prospect,   Houston, TX 77004-7740
11198835      +Eiko Arentzen,    8241 E. Briarwood Pl.,   Centennial, CO 80112-1326
11198775       Ellwood City Ledger,    835 Lawrence Ave.,   Ellwood City, PA 16117-1941
11187196      +Els Marketing & Design,    Attention: Accounts Payable,    4004A Spring Garden Street,
               Greensboro, NC 27407-1627
11198783       Embridge Consumers Gas,    Payment Processing Dept.,    P.O. Box 644,
               Scarborough, Ontario M1K 5H1
11209412       Enbridge,   PO Box 650,    Scarborough ON M1K 5E3,   Canada
11198752       Enersource Corporation,    3240 Mavis Rd.,   Mississauga, Ontario L5C 3K1
11198829      +Erika Grable,    14101 Eastland Ln.,   Tampa, FL 33625-6410
11198745       Excel Global Logistics,    1825 Alstep Drive,    Mississauga, Ontario L5S 1Y5
```

```
11308475      +Exel Global Logistics (Canada) Inc.,    c/o Jason E. Rios,    555 Capital Mall, 10th Floor,
               Sacramento CA 95814-4601
11198735      +FASA,    350 5th Ave.,    Suite 2030,    New York, NY 10118-2030
11187197      +Federal Express Corporation,    Attn: Revenue Recovery/Bankruptcy,    2005 Corporate Ave. 2nd Floor,
               Memphis TN 38132-1796
11187198      +Finks Luggage & Repair Company,    517 SW 12th Avenue,    Portland, OR 97205-2304
11198814       Floyd Faulkner,    8 Rollins Pl.,    Etobicoke, Ontario   M9B 3Y4
11278356       Forrester Ketley & Company,    52 Bounds Green Road,    London, England N11 2EY
11198825       Francine Larocque,    905 Malo St.,    St. Hilaire, PQ   J3H 1T2
11187199       Frid & Russel Office,    POB 161,    Oakville, Ontario,    Canada L6J 425
11198804      +Frontier Incentives,    4521 South Decatur Street,    Englewood CO 80110-5305
11187200       Full Year Brother,    Enterprise Co. Ltd.,    41-21 Guan Tso Street,    Lukang,    Taiwan
11198761       GE Capital,    P.O. Box 642111,    Pittsburgh, PA 15264-2111
11209499      +GE Capital,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
11201062       GMAC,    POB 5180,    Carol Stream, IL 60197-5180
11198818       Gail Conmy,    536 Loblolly Bay Dr.,    Santa RSA Beach, FL 32459-8031
11187201       Garry Dasko,    16617 - 90 Avenue,    Edmonton,    Alberta,    Canada T5R 4W9
11187202       Gary Cerrone,    1093 Tidewater Drive,    Bethel Park, PA 15102
11198857      +Gary Monsalve,    909 Harvest Glen Dr.,    Plano, TX 75023-6724
11198770      +Gateway Commerce Center,    1605 Old Route 18,    Wampum, PA 16157-3417
11220923       General Motors Acceptance Corporation,    2740 Arthur Street,    Roseville MN 55113-1303
11198808      +George Millard,    15 Robb Farm Rd.,    St. Paul, MN 55127-2526
11198854       Georgiana Portel,    400 N. Grove St.,    East Orange, NJ   07017-4518
11198830      +Glen Robnett,    5015 Orca Drive NE,    Tacoma, WA 98422-1942
11198743      +Globe Leader Newspaper,    P.O. Box 257,    New Wilmington, PA 16142-0257
11203393       Grace Kurowska,    10th Avenue & Factory Street,    Ellwood City, PA 16117
11187203      +Graphic Systems,    235 William Pitt Way,    Pittsburgh, PA 15238-1328
11295778      +Grazyna Kurowska,    6530 Boca Del Mar #734,    Boca Raton FL 33433-5702
11187204       Great West Life Assurance,    Group Insurance Payment,    POB 1053,    Winnipeg,
               British Columbia, Canada R3C 2X4
11198719      +Guardian,    P.O. Box 95101,    Chicago, IL 60694-5101
11198803     ++++HAROLD’S AUTO ELECTRIC SERVICE,    1306 WOODSIDE AVE,    ELLWOOD CITY PA 16117-1503
              (address filed with court: Harold’s Auto Electric Service,     1304 Woodside Ave.,
               Ellwood City, PA   16117)
11198801     ++++HOLT OF CALIFORNIA,    PO BOX 100001,    SACRAMENTO CA 95813-1306
              (address filed with court: Holt of California,     P.O. Box X,    Sacramento, CA  95813)
11187205      +Hampton Roads Luggage Inc.,    166 S. Rosemont Road Unit C,    Virginia Beach, VA 23452-4355
11187206       Hangzhou Taiji Bags,    Xing Wang Industrial Area,    Economic Development,    Zhejiang China
11201072       Harrack & Klassen Agency,    294 Portage Avenue, Room 801,    Winnipeg Manitoba,    Canada R3C 0B9
11278357       Health & Welfare & Pension Funds of,    The New Independent Leather, Novelty,
               & Plastic Workers Union,    240 N. James Street, Suite 204,    Newport, DE 19804-3171
11198797      +Hearts Desire Floral & Gifts,    422 Lawrence Avenue,    Ellwood City, PA 16117-8510
11278358       Heather’s Luggage,    1489 East Kent Avenue N,    Vancouver British Columbia,    Canada,   V5P 4Y7
11187207       Heathers Luggage Repair,    1589 East Kent Avenue North,    Vancouver,    British of Columbia,
               Canada V5P 4Y7
11198841      +Henry Shrager,    5350 N. Sepulveda Blvd.,    Van Nuys, CA 91411-3491
11198714       Highmark BC/BS,    P.O. Box 382146,    Pittsburgh, PA 15250-8146
11187208      +Honeywell,    ACS-Service,    12490 Collect Center Drive,    Chicago, IL 60693-0001
11278359      +Hunters Pest Control,    P.O. Box 1435,    Paradise, CA 95967-1435
11201073      +Hyun Sun Kim,    3292 Wallace Drive,    New Castle, PA 16105-4760
11198741       IBM,    P.O. Box 643600,    Pittsburgh, PA 15264-3600
11198737       IBM Canada, Ltd.,    P.O. Box 5100, Stn. F.,    Toronto, Ontario M4Y 2T5
11198760      +IBM Credit Corp.,    B.H. Shideler,    Two Lincoln Centre,    Oakbrook Terrace, IL 60181-4295
11198720      +INOVIS,    Parkway 400,    11720 Amber Park Dr.,    Alpharetta, GA 30009-2275
11198748      +Infinite Media Corp.,    4205 Express Drive North,    Ronkonkoma, NY 11779-5515
11198789       Infiniti Financial Services,    P.O. Box 371447,    Pittsburgh, PA 15250-7447
11187209       J&F Waste Systems,    610 Finley Avenue,    Ajax,    Ontario,    Canada L1S 2E3
11187210      +J. Richard Abraham,    85 Quail Hill Lane,    Pittsburgh, PA 15238-1833
11198721      +JRM & Associates,    160-A Cupped Oak Ln.,    Stallings, NC 28104-8829
11187211       Jack Bright,    1145 Whealan Road,    Woodstock,    Ontario,    Canada N4S 8E6
11198809      +Jane Johnson,    2428 Creekview,    Planto, TX 75093-6323
11198845      +Janine Kuyendall,    300 Prize Oak,    Cedar Park, TX 78613-2722
11198828      +Jason Durham,    10702 Stone Canyon Rd. 118A,    Dallas, TX 75230-4480
11198840      +Jean Finn,    15331 Alameda,    Oak Forest, IL 60452-1725
11198870      +Jeff Powers,    2966 Oahu Ave.,    Honolulu E, HI 96822-1730
11203394       Jerry Carr,    10th Avenue & Factory Street,    Ellwood City, PA 16117
11198826      +Jessie Eckel,    6405 Brooklawn Dr.,    Arlington, TX 76018-2955
11187212       Jiaxing (AMD),    Traveling Product Co. Ltd.,    Zhondai Town Industrial,    Zhenjiang,    China
11198824      +Jim Lansing,    815 Pineview Lane N,    Plymouth, MN 55441-5750
11198821      +Joe Deininger,    311 Forest Ave.,    Willow Grove, PA 19090-2810
11198833      +Joe Williams,    465 Canyon Way,    Arroyo Grande, CA 93420-2100
11201074      +John Giglio,    2A Reade Street,    Jamesburg, NJ 08831-4958
11187213      +John Pietro,    170 Topaz,    Canfield, OH 44406-9677
11198811      +Jorge Lopez,    5590 NW 107 Ave. 1105,    Doral, FL 33178-4934
11187214       Joy Bishop,    1824 Byland Road Kelowna,    British of Columbia,    Canada V1Z 1A9
11278360       Joy bishop,    O/A Quickie Cobbler,    1824 Byland Road,    Kelowna British Columbia,
               Canada B9Z 1A9
11198836      +Julie Martin,    5009 E. Colonial Dr.,    Tampa, FL 33611-3763
11198763      +Kaehler Travelworks,    225 Larkin Drive, Unit 4,    Wheeling, IL 60090-7209
11198832      +Kathy Roberts,    5219 Wynnefield Ave. 304,    Philadelphia, PA 19131-2439
11719100      +Kelli J. Bohuslav-Kail, Esq.,    307 International Circle, Suite 270,    Hunt Valley, MD 21030-1322
11198855      +Kelly Kussmaul,    2777 W. Harper Rd.,    Mason, MI 48854-9339
11187215      +Kovacs Luggage,    2124 E. Colorado Boulevard,    Pasadena, CA 91107-3587
11198861      +Krispin McGee,    2902 Shadow Ridge Dr.,    Apt. 8,    August, GA 30909-2047
```

```
11187216      +Krome Communications,    The Bank Tower,    307 Fourth Avenue,    Pittsburgh, PA 15222-2108
11198713       Kuehne & Nagel,    P.O. Box 21463,    Network Place,    Chicago, IL 60673-1214
11198771      +LGK Sales & Marketing,    1510 Hillyer,    Robinson Ind. Pkwy.,    Anniston, AL 36207-6759
11203395      +Landlor & Hawa International, Ltd.,    c/o Howard N. Gorney Esq,    19 Martin Circle,
                Plymouth MA 02360-8247
11198806      +Laurie Williams,    269 W. William St.,    Delaware, OH 43015-2477
11198742       Leaf Enterprises, Inc.,    100 Ninth St.,    Monaca, PA 15061-2001
11198819      +Leidy Martinez,    8320 SW 150 Ave., Unit 102,    Miami, FL 33193-1416
11201068      +Libra Securities,    11766 Wilshire Boulevard,    Suite 870,    Los Angeles, CA 90025-6554
11198839      +Lidyia Lemma,    7770 Newington Woods Dr.,    Springfield, VA 22153-2234
11198852       Lou Remus,    108 PR 7119,    Frankston, TX 75763
11187217       Luggage Town Ltd.,    644 Millway Avenue,    Unit #1,    Concord,    Ontario, Canada 14K 4H4
11187218       M. Hughes Sales Company,    128 Queen Street,    Box 42268,    Mississauga,
                Ontario, Canada 15M 4Z0
11198778      +MAS, Inc.,    2718 Brecksville Rd.,    Richfield, OH 44286-9735
11198765      +MR Group, Inc.,    4280 Rosewood Lane North,    Plymouth, MN 55442-2611
11187219      +Madelein, l.L.C.,    c/o Cerberus Partners, LLC,    450 Park Avenue, 28th Floor,
                New York, NY 10022-2740
11187220       Malin, Berquist & Co., LLP,    3605 McKnight East Drive,    Pittsburgh, PA 15237-6400
11278361      +Marc Chantal America, Inic.,    2548 Tarpley Road,    Carroliton, TX 75006-2328
11198820      +Margaret Jensen,    P.O. Box 6182,    Omaha, NE 68106-0182
11187221      +Marine Corps,    Prs & Family Readiness,    POB 751564,    Charlotte, NC 28275
11198736      +Marketing & Sales Group, Inc.,    P.O. Box 3223,    York, PA 17402-0223
11201075      +Marty Mishan,    120 Rockland Drive,    Jericho, NY 11753-1439
11198856      +Marvin Harris,    5833 Bowcroft St. #1,    Los Angeles, CA 90016-4952
11198858      +Mary Focht,    4202 Walnut,    Omaha, NE 68105-2438
11198831      +Mary Mays,    185 Ridgeway Ct.,    Pendleton, KY 40055-8995
11187222       Maxwell Enterprises,    2714 Harewood Court,    Oakville,    Ontario,    Canada 16J 5V1
11203396      +Mega Trading LLC,    2761 NW 82nd Avenue,    Miami, FL 33122-1041
11187223      +Meijer,    2929 Walker Avenue, NY,    Grand Rapids, MI 49544-9428
11198866       Melissa Geddie,    2504 Spring Drive,    McKinney TX 75070-3086
11198740       Metro Waste Paper, Inc.,    66 Shorncliffe Rd.,    Toronto, Ontario  M8Z 5K1
11337185      +Michael P. O’Connor,    10 Esquire Road,    Suite 14,    New City NY 10956-3336
11198837      +Michelle M. Brown,    25515 S. Steger-Monee Rd.,    Monee, IL 60449-8972
11203397      +Midrange Plus Services, Inc.,    3204 Lebanon Church Road,    West Mifflin, PA 15122-1112
11198863      +Mikdred Brehl,    10526 Eagle Pines Lane,    Louisville KY 40223-6154
11201063       Minister of Finance,    77 City Centre Drive,    Suite 200,    Mississauga Ontario,    Canada L5B 1M5
11198822      +Mirtha Velandia,    P.O. Box 720382,    Miami, FL 33172-0007
11198853      +Mitzi S. Wicker,    3236 Breckenridge Way,    Riva, MD 21140-1339
11278362       Mt. Shasta,    1878 Twin View Blvd.,    Redding, CA 96003-1501
11198802       N A Laszlo Heating & A/C,    206 Portersville Rd.,    Ellwood City, PA  16117
11187225      +NLDA Associates, Inc.,    1817 Elmdale Avenue,    Glenview, IL 60026-1355
11198864      +Natalie Munz,    2259 Perry St.,    Sutter, CA 95982-2354
11240166      +National City Bank of Pennsylvania,    20 Stanwix Street,    Pittsburgh, PA 15222-1323
11187224      +Navy Exchange Service Command,    530 Indepdence Parkway,    Chesapeake, VA 23320-5203
11278363      +New Castle News,    27-35 N. Mercer Street,    P.O. Box 60,    New Castle, PA 16103-0060
11201076      +Nigel Carter,    2051 Whyte Park Avenue,    Walnut Creek, CA 94595-1342
11187226      +Norwalk Luggage,    53 Wall Street,    Norwalk, CT 06850-3420
11198787      +Office Max,    150 E. Pierce Road,    Itasca IL 60143-1290
11201067      +Ohio Department of Taxation,    POB 804,    Columbus, OH 43216-0804
11198762       PA American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
11226935     ++PACIFIC GAS & ELECTRIC COMPANY,    PO BOX 8329,    STOCKTON CA 95208-0329
              (address filed with court: Pacific Gas and Electric Company,    PO Box 8329,    Stockton CA 95208)
11198753       PG&E,    Box 997300,    Sacramento, CA  95899-7300
11187227       Pamela Parkinson,    22 Bayberry Crescent,    Willowdale,    Ontario,    Canada M2K 1T8
11187228       Parcels Plus Inc.,    2775 Thamesgate Drive,    Mississauga,    Ontario CN L4T 1G5
11198868      +Pat Carpenter,    5225 Duncan Way,    South Gate, CA 90280-5325
11303086      +Pension Fund of Leather Novelty & Plastic Workers,    Tower Office Park St. 204,
                240 North James Street,    Newport DE 19804-3169
11201077      +Peter Babakian,    127 Huron Drive,    Chatham, NJ 07928-1206
11198827      +Philippa Angelides,    8282 Cambridge St., #805,    Houston, TX 77054-3122
11198773       Portland Luggage,    440 SW Washington St.,    Portland, OR  97204
11187229       Pro-Show Inc.,    Unit 7, 15 LeSmill Road,    Toronto,    Ontario,    Canada M38 2T3
11187230       Purolator Courier Ltd.,    POB 1100,    Etobicoke Postal Station,    Etobicoke Ontario,
                Canada M9C 5K2
11187231      +Quill Corporation,    POB 94080,    Palatine, IL 60094-4080
11187233      +Reed Oil Company,    511 Montgomer Ave,    New Castle, PA 16102-1111
11198810      +Richard T. Gray,    3341 Tracelake Dr.,    Matthews, NC 28105-3972
11230446      +Roadway Express, Inc.,    c/o Receivable Management Services,    PO Box  5126,
                Timonium MD 21094-5126
11198798       Rogers AT&T,    P.O. Box 9100,    Don Mills, Ontario  M3C 3P9
11187234       Royal Containers, Ltd.,    80 Midair Court,    Brampton,    Ontario,    Canada L6T 5V1
11187235      +Rynn’s Luggage,    P.O. Box 4281,    Pittsburgh, PA 15203-0281
11198728       SBC,    Payment Center,    Sacramento, CA 95887-0001
11198842      +Sandip Kaus,    5912 W. Pico,    Fresno, CA 93727-7533
11278364      +Services Unlimited,    2 Gander Lane,    Mansfield, MA 02048-3306
11198780      +Seymour Stern,    6351 Long Key Lane,    Boynton Beach, FL 33472-2375
11278365      +Shad Janitorial,    741 Plumas Street,    Yuba City, CA 95991-4437
11198823      +Shari Donley,    P.O. Box 862,    Polk City, FL 33868-0862
11198785      +Sheila T. Davis, Inc.,    DBA: Bottom Line Merchants,    4644 N.W. 99th Lane,
                Coral Springs, FL 33076-2497
11198834      +Sheryl Lidenberg,    307 4th Ave. E,    West Fargo, ND 58078-1830
11198723      +Southwest Incentives,    Suite 224,    1121 Hampshire Lane,    Richardson, TX 75080-4306
11187236      +Specialty Luggage,    915 Liberty Avenue,    Pittsburgh, PA 15222-3794
```

```
11198867     +Stacey Campbell,   1401 Louise Ave.,   Modesta, CA 95350-5722
11278366      Staples, Inc.,   P.O. Box 9020,   Des Moines, IA  50368-9020
11201066      State of New York,   Corporation Tax Processing Unit,   POB 22038,   Albany, NY 12201-2038
11209533     +Sterling Commerce Americas Inc,   Attn Theresa Blunt,   4600 Lakehurst Court,
               Dublin OH 43016-2248
11187237     +Sterling Commerce Inc.,   POB 73199,   Chicago, IL 60673-0001
11198788     +Stuart C. Smith Assoc., Inc.,   115 Winchester St.,   Newton Highlands, MA 02461-1719
11198759      Summit Paper & Packaging,   365 Deerhurst Drive #3,   Brampton, Ontario L6T 5K3
11187238      Suncamp International, Inc.,   7/F. Wuzhou Dasha, No. 81,   817 Road North, Fishou,
               Fujian China
11187239      Sureway International,   3151 Wharton Way Mississauga,   Ontario, Canada L4X 2B6
11278367     +T&M Hardware & Rental,   4 Fountain Avenue,   Ellwood City, PA 16117-2172
11198726     +T-Mobile,   P.O. Box 53410,   Bellevue WA 98015-3410
11201078   ++++THOMAS GALES,   218 SCOTLAND LN,   NEW CASTLE PA  16101-9290
             (address filed with court: Thomas Gales,   R.#2, Box 145,   New Castle, PA  16101)
11278369     +TW Carroll,   Mail Stop 65-35,   POB 3707,   Seattle, WA 98124-2207
11187242     +TW Carroll Company,   350 Upland Drive,   Seattle, WA 98188-3895
11191669     +Teachers Insurance,   c/o 730 Third Avenue,   4th Floor, Securities Division,
               New York, NY 10017-3206
11198776     +Teamsters L.U. #261,   351 Northgate Circle, Suite A,   New Castle, PA 16105-5599
11198725      Teamsters Local Union 261,   351 Northgate Circle, Suite A,   New Castle, PA  16105,   ADP, Inc.,
               P.O. Box 9001006,   Louisville, KY  40290-1006
11198786     +The Fixery,   80 Mott Ave.,   Inwood, NY 11096-2317
11278368     +The Robbins Company,   400 O'Neil Boulevard,   POB 2966,   Fall River, MA 02722
11191668     +Thomas Bernstein,   c/o Woodland Management,   201 South Highland Avenue,   Suite 204,
               Pittsburgh, PA 15206-3950
11198850     +Thomas Brejcha,   10233 Lowell Ave.,   Overland Park, KS 66212-3457
11187240      Tony Bil tzan,   #2 1470 Perry Farthing Drive,   Vancouver,   Bri tish of Colulmbia,
               Canada V6J 4Y2
11203399      Top First (HK) Ltd.,   Flat B, 6/F Success Ind. Building,   No. 17 Sheung Hei Street,   Sanpokung,
               Howloon Hong Kong,   China
11187241      Travelers Shoppes,   23715 Mercantile Rd. Ste B108,   Beachwood, OH  44122-5918
11203398     +Treese Communications,   9969 Edinboro Rd.,   McKean, PA 16426-1919
11198851     +Trish Sexton,   10026 Willowbrook,   Louisville, KY 40223-5354
11187243     +U.S. Bancorp Investments, Inc.,   800 Nicollet Mall BC-MN-H18T,   Minneapolis MN 55402-7000
11198712     +UGI Energy Services, Inc.,   1100 Berkshire Blvd Suite 305,   Wyomissing PA 19610-1221
11198764      UPS,   P.O. Box 7247-0244,   Philadelphia, PA  19170-0001
11198781      UPS,   P.O. Box 894820,   Los Angeles, CA  90189-4820
11187246      UPS,   POB 2127 CRO,   Halifax,   Nova Scotia,   Canada B3J 3B7
11198750     +UPS SUP Chain Solutions, Inc.,   Customs Brokerage Service,   P.O. Box 34486,
               Louisville, KY 40232-4486
11278370     +Underground Archives,   1605 Old Route 18,   Wampum, PA 16157-3417
11278371     +Unisource Worldwide, Inc.,   7472 Collection Ctr. Dr.,   Chicago, IL 60693-0001
11187244      United Ascent Travelware,   Xinqiao Develpment District Linping,   Hangzhou China
11198722      United Concordia,   P.O. Box 827399,   Philadelphia, PA 19182-7399
11198717      United Marketing Services,   P.O. Box 3580,   Lubbock, TX 79452-3580
11241528     +United Parcel Service,   c/o Receivable Management Services,   P O Box 4396,
               Timonium MD 21094-4396
11187245      United Parcel Service,   C.P. # 11086,   SUCC. Centre-Ville,   Montreal,   Quebec Canada H3C 5C6
11278373     +United Way,   223 N. Mercer Street,   New Castle, PA 16101-2261
11278372     +United Way,   1260 N. Brodhead Road,   Monaca, PA 15061-2595
11278374     +United Way,   POB 174,   Ellwood City, PA 16117-0174
11187247     +Valley Office Solutions,   8534 South Avenue,   Youngstown, OH 44514-3620
11198755      Verizon,   P.O. Box 646,   Baltimore, MD 21265-0646
11198848     +Victoria Wade,   185 Ridgeway Ct.,   Pendleton, KY 40055-8995
11198846     +Virginia Uncapher,   1777 Hasty Rd. NE,   Marietta, GA 30062-1949
11198727     +Vogel Disposal Svc., Inc.,   121 Brickyard Rd.,   Mars, PA 16046-2911
11198768   ++++WEEKLY BARGAIN BULLETIN,   GRAHAM-FORDING RD.,   1576 SUNRISE DR,   NEW CASTLE PA  16105-5340
             (address filed with court: Weekly Bargain Bulletin,   RD 5, Box 662,   Graham-Fording Rd.,
               New Castle, PA  16105-9517)
11198860     +Ward Dietrich,   5955 Woodward Ave.,   Detroit, MI 48202-3515
11187248      Washington State Department of Revenue,   POB 34052,   Seattle, WA 98124-1052
11198739      Waste Management,   P.O. Box 78251,   Phoenix, AZ  85062-8251
11198777     +Watt Spohn Universal,   13717 Welch Road,   Dallas, TX 75244-4521
11187249      Watts Line,   166 Poplar Avenue,   Acton,   Ontario,   Canada L7J 2E4
11201079     +William Berry,   151 Hickory Lane,   Lancaster, OH 43130-3427
11307059      William Berry,   c/o Mark A. Lindsay, Esquire,   Babst, Calland, Clements & Zomnir, P.C.,
               Two Gateway Center, 8th Floor,   Pittsburgh, PA 15222
11307096      William Berry,   c/o Norman E. Gilkey, Esquire,   Babst, Calland, Clements & Zomnir, P.C.,
               Two Gateway Center, 8th Floor,   Pittsburgh, PA 15222
11187250     +William H. Wilhoit,   109 Park Lane,   New Castle, PA 16105-1632
11198794      Workplace Safety & Ins. Bd.,   P.O. Box 4115, Stn. A,   Toronto, Ontario   M5W 2V3
11198746     +Wuthmann Associates,   64 Marinita Avenue,   San Rafael, CA 94901-3431
11187251     +XPEDX,   211 House Avenue,   Camp Hill PA 17011-2323
11187252     +Zion Luggage,   15250 E. Hampden Avenue,   Aurora, CO 80014-3908
The following entities were noticed by electronic transmission on Feb 17, 2010.
11278352     +E-mail/Text: JWACKERMAN@CITYOFORLAND.COM                            City of Orland,
               815 Fourth Street,   Orland, CA 95963-1714
11198751      E-mail/Text: bankruptcy@pb.com                           Pitney Bowes,   27 Waterview Drive,
               Shelton CT 06484-4361
11198738     +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 18 2010 01:12:08      Verizon,   404 Brock Drive,
               Bloomington IL 61701-2654
```

```
The following entities were noticed by electronic transmission (continued)
11198791     E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 18 2010 01:12:08    Verizon Wireless,
             P.O. Box 17464,   Baltimore, MD  21297-1464
                                                                                        TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Arent Fox LLP
aty          Arent Fox PLLC
intp         Airway Industries, Inc. Creditor Trust
cr           Bruce B. Weiner
cr           China Export & Credit Insurance Corporation
intp         Clear Thinking Group LLC, as Creditor Trustee
cr           Commonwealth of PA Dept of Labor & Industry Unempl
cr           Damiano Marketing, Inc.
sp           Duane Morris
acc          Horwath Orenstein, LLP
cr           IBM Corporation
cr           Internal Revenue Service, USA
cr           Kuehne + Nagel Inc.
acc          Malin Bergquist
cr           National City Bank Of Pennsylvania
crcm         Official Committee of Unsecured Creditors of Airwa
cr           QVC, Inc.
cr           Reed & Witting Company
11191671     1
11187191     Best-Carry Corporation,  Huashen Industrial Zone,  Longdong Village,  Shenzhen Guangdong
11203400     DM3339348.1
11198729     Minister of Finance,   _____,   _____
cr*          Associated Industrial Co. Ltd.,  Room B 22 F,  3 Industrial Building 318-389,
             Young YA Hong Kong
cr*          +Pitney Bowes, Inc.,  27 Waterview Drive,  Shelton, CT 06484-4361
11198769*    +Honeywell,  ACS-Service,  12490 Collect Center Dr.,  Chicago, IL 60693-0001
11413428*    +Pitney Bowes Inc,  27 Waterview Dr,  Shelton CT 06484-4361
11198774*    SBC,  Payment Center,  Sacramento, CA  95887-0001
11198756*    Verizon,  P.O. Box 646,  Baltimore, MD  21265-0646
11198795*    Verizon,  P.O. Box 646,  Baltimore, MD  21265-0646
                                                                                     TOTALS: 22, * 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**                    **Signature:**        _Joseph Speetjens_